UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | Case No. 2:22-CV-01726-CKD |
| Plaintiff, | ) ) | RELATED CASE ORDER |
| v. | ) ) | |
| ARI J. LAUER | ) ) | |
| Defendant. | ) ) | |
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | Case No. 2:20-CV-00180-JAM-DB |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JEFFREY P. CARPOFF and PAULETTE CARPOFF, | ) ) ) | |
| Defendants. | ) ) | |
| UNITED STATES OF AMERICA, et al., | ) ) ) | Case No. 2:19-CV-00247-JAM-DB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| REAL PROPERTY LOCATED AT 725 MAIN STREET, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 373-192-007-4, INCLUDING | ) ) ) ) | |

| | |
|---|---|
| ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>　　　　　　　Defendants. | |
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>APPROXIMATELY $6,567,897.50 SEIZED FROM CTBC BANK, ACCOUNT NUMBER 3800191916, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:19-CV-00485-JAM-DB |
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>5383 STONEHURST DRIVE, MARTINEZ, CALIFORNIA, CONTRA COSTA COUNTY, APN: 367-230-018-7, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:19-CV-00636-JAM-DB |
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>RONALD J. ROACH, and JOSEPH W. BAYLISS,<br><br>　　　　　　　Defendants. | Case No. 2:19-CR-00182-DAD |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH BAYLISS and RONALD ROACH,<br><br>　　　　　　　Defendants. | Case No. 2:19-CV-02140-JAM-DB |

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, | Case No. 2:19-CR-00222-JAM |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | ROBERT A. KARMANN, | |
| 5 | Defendant. | |
| 6 | SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19-CV-02531-JAM-DB |
| 7 | | |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | ROBERT A. KARMANN, | |
| 11 | Defendant. | |
| 12 | UNITED STATES OF AMERICA, | Case No. 2:20-CR-00017-JAM |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | JEFF CARPOFF, | |
| 16 | Defendant. | |
| 17 | UNITED STATES OF AMERICA, | Case No. 2:20-CR-00018-JAM |
| 18 | Plaintiff, | |
| 19 | v. | |
| 20 | PAULETTE CARPOFF, | |
| 21 | Defendant. | |
| 22 | UNITED STATES OF AMERICA, | Case No. 2:20-CR-00003-DAD |
| 23 | Plaintiff, | |
| 24 | v. | |
| 25 | RYAN GUIDRY, | |
| 26 | Defendant. | |
| 27 | | |
| 28 | | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CR-00016-JAM |
| Plaintiff, | |
| v. | |
| ALAN HANSEN, | |
| Defendant. | |
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation, | Case No. 2:19-CV-02544-DAD-DB |
| Plaintiff, | |
| v. | |
| Bankruptcy Estate of DC SOLAR SOLUTIONS, INC., dba DC SOLAR SOLUTIONS MFG, INC. dba DC SOLAR SOLUTIONS MANUFACTURING, INC., a California corporation; et al., | |
| Defendants. | |
| SOLARMORE MANAGEMENT SERVICES, INC., a California corporation; CARL AND BARBARA JANSEN, a married couple, | Case No. 2:20-CV-02446-DAD-DB |
| Plaintiffs, | |
| v. | |
| NIXON PEABODY, LLP, a New York limited liability partnership; FORREST DAVID MILDER, a married individual, | |
| Defendants. | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort and is also likely to be convenient for the parties.

///

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge; no consolidation of the actions is effected. Under the regular practice of this court, related cases are generally assigned to the judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:22-CV-01726-CKD, be reassigned to Judge John A. Mendez and Magistrate Judge Deborah Barnes for all further proceedings, and any dates currently set in the reassigned case only are hereby VACATED. Henceforth, the caption on documents filed in the reassigned case shall be shown as 2:22-CV-01726-JAM-DB.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated: December 5, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE