ARI J. LAUER
LAW OFFICES OF ARI J. LAUER
2125 Oak Grove Road, Suite 210
Walnut Creek, CA 94598
Tel: (925) 933-7012
Fax: (925) 933-7017
Email: alauer@lauerlaw.com

Defendant Pro Se

UNITED STATED DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>ARI J. LAUER,<br><br>    Defendant. | CASE NO. 2-22-CV-01726-CKD<br><br>**STIPULATION AND [PROPOSED] ORDER TO ALLOW PRO SE DEFENDANT TO USE ELECTRONIC FILING**<br><br>**[Local Rule 133(b)(3)]** |

This Stipulation between plaintiff Securities and Exchange Commission and defendant Ari J. Lauer is based on the following facts and circumstances.

WHEREAS, Local Rule 133(b)(2) of the Local Rules of the United States District Court, Eastern District of California (the "Local Rules") provides that any person appearing pro se may not utilize electronic filing except with the permission of the assigned Judge or Magistrate Judge;

WHEREAS, Local Rule 133(b)(3) allows the parties to stipulate to an exception allowing a pro se defendant to utilize electronic filing and the parties enter into this Stipulation for that purpose, to allow pro se defendant Ari J. Lauer to use electronic filing.

NOW, THEREFORE, based on the foregoing Recitals, the parties agree and stipulate that pro se defendant Ari J. Lauer may utilize the electronic filing system in this matter.

IT IS SO STIPULATED AND AGREED:

Dated: December 2, 2022

_____
Dean M. Conway
Attorney for Plaintiff
Securities and Exchange Commission

Dated: December 2, 2022

_____
Ari J. Lauer
Defendant Pro Se

## ORDER

IT IS SO ORDERED.

Dated: December ___, 2022

_____
JUDGE OF THE U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that on December 5, 2022, a copy of the foregoing document was served upon all counsel of record via ECF.

                                                      ARI J. LAUER

STIPULATION TO ALLOW PRO SE DEFENDANT TO USE ELECTRONIC FILING